# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK E. SPICER, JR.

NO. 2023 KW 0146

**MARCH 28, 2023**

---

In Re:   Mark E. Spicer, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3932-F-2019.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

EW
SMM

**Guidry, C.J.,** dissents and would grant the writ application. I find the trial court abused its discretion by denying relator's motion to quash the aggravating felony of assault by drive-by shooting supporting count one. The trial court found that the assault by drive-by shooting and the murder of Officer Vincent Liberto were part of the same transaction. However, Officer Liberto was not the target of the drive-by shooting, and relator had exited his vehicle before allegedly shooting Officer Liberto. Accordingly, the shooting of Officer Liberto was not part of a continuous transaction of the assault by drive-by shooting.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT